JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Sonny Alexander Ramirez, <br><br>       Plaintiff, <br><br>      vs. <br><br> Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1], <br><br>       Defendant. | Case No. 1:25-cv-00134-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 28, 2025

---

1 Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

to June 27, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of April 28, 2025 and May 5, 2025, Counsel has fourteen merit brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 2, 2025   PENA & BROMBERG, ATTORNEYS AT LAW

    By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 2, 2025   PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

    By:  *\*/s/ Justin Lane Martin*
    Justin Lane Martin
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 2, 2025)

2

1
2

## **ORDER**

3        Pursuant to stipulation and good cause appearing, Plaintiff shall serve

4  Defendant with and file Plaintiff's Motion for Summary Judgment on or before

5  **June 27, 2025**.  All other dates in the Court's Scheduling Order are extended

6  accordingly.

7

8  IT IS SO ORDERED.

9

10     Dated:   **April 3, 2025**                  /s/ *Barbara A. McAuliffe*

        UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28