UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY ALEXANDER RAMIREZ,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:25-cv-00134-JLT-FJS<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR SUMMARY JUDGMENT, AND DIRECTING THE ENTRY OF JUDGMENT FOR DEFENDANT<br>(Docs. 13, 18) |

On January 31, 2025, Plaintiff Sonny Alexander Ramirez, proceeding *in forma pauperis*, filed his complaint against the Commissioner of Social Security. (Doc. 1.) On June 27, 2025, Plaintiff filed his motion for summary judgment. (Doc. 13.)

On September 11, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and the final decision of the Commissioner of Social Security be affirmed. (Doc. 18.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days after service. (*Id.*)

On September 25, 2026, Plaintiff filed objections to the magistrate judge's findings and recommendations. (Doc. 19.) He reiterates arguments he advanced in his motion, but he also

contends that the magistrate judge has improperly attempted to rehabilitate the administrative law judge's decision and to correct the agency's errors. The Commissioner filed a brief response, arguing that Plaintiff's objections should be overruled for the reasons in the Findings and Recommendations, without a separate discussion. (Doc. 20.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. The Findings and Recommendations are supported by the record and proper analysis. The magistrate judge does not recommend affirming the agency's decision on the basis of different reasoning than the administrative law judge offered and does not attempt to rehabilitate the administrative law judge's decision, but rather identifies relevant citations and analyses within the administrative law judge's written decision. Contrary to Plaintiff's motion and objections, that decision was not cursory or conclusive. It was appropriately thorough, reasonable, and based on substantial evidence, as the magistrate judge found. (Doc. 18 at 12–15.) This Court must be "deferential" to the factual findings of the administrative law judge who "has seen the hearing up close." *Ford v. Saul*, 950 F.3d 1141, 1159 (9th Cir. 2020) (citation and quotation marks omitted).

Accordingly, the Court ORDERS:

1. The findings and recommendations issued on September 11, 2026 (Doc. 18) are **ADOPTED IN FULL**.
2. Plaintiff's motion for summary judgment (Doc. 13) is **DENIED**.
3. The final decision of the Commissioner of Social Security is **AFFIRMED**.
4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendant and to **CLOSE** this action.

IT IS SO ORDERED.

Dated: November 5, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE